RE: _Frank J. Kaltenekker_  ☐ **PRO SE**   Case # _14-28794 LMI_

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2011 2012 2013  Corp 2011 2012 2013
___ Bank Account Statements ☐ 3 months pre-petition
_____
_____
_____
___ Check copy _____
_____
___ FMV(NADA/Carmax), Reg and Payoff : Vehicles
_____
___ FMV and Payoff : Real Estate
___ Non homestead Information Sheet
_X_ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments
___ Profit and loss and Balance Sheet
___ Bank statements and all checks_____ months

___ Fee application (see court guideline 6)
___ Income understated ____ stubs ____ taxes
___ co-debtor            ____ stubs ____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
_____
___ D/I  > 100%   < 90%  Feasibility
___ Info on transfer  SOFA #3  #10  undisclosed
___ Tolling Agreement(s)

___ ☐ Photo ID(s)  ☐ LF 90  ☐ LF67  ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of ____ support ____ rent
___ Missing ☐ 2016(B) ☐ Other _____
___ Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
          ☐ gambling ☐ HAMP ☐ LMM
___ Plan does not fund
___ Calculation errors/improper months _____
_X_ Valuation motion  ☒ not filed  ☐ not resolved
___ LMM motion    ☐ not filed  _Citibnk_
_X_ Reaffirm, redeem or surrender (Sch D) & G creditor
___ Creditor on plan not listed in Schedules or filed POC
_____
___ Object or Conform to Proof of Claim
    ___ Miami-Dade County  ___ Tax Certificate(DE#___)
    ___ Dept of Revenue   ___ IRS
*_Provide for Sch E cr. on plan_*

*_Provide Months for mmm pymt_*

___ **Objection to Exemption (specifics to be filed)**
___ To be heard with confirmation at 1:30 pm
___ Ch 7 s/b _____ plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
_____
_____
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $____
___ Undervalued collateral should be crammed down

Other: _____  _100% plan_
_____
_____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

_**IMPORTANT NOTICE REGARDING CONFIRMATION:**_ _IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR._ **The Trustee's calendar will be published prior to the confirmation hearing** - contact the Trustee's office on how to locate the calendar on her web site - access is limited. _The debtor or debtor's attorney must appear at the confirmation hearing_ The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** _11-14-14_ **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or  by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027