

ORDERED in the Southern District of Florida on January 8, 2015.

*Laurel M. Isicoff, Judge*
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
FRANK J. KALTENEKKER  
    Debtor.  
_____/

Case No: 14-28794-LMI

Chapter 13

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY BERKSHIRE HOUSE CONDOMINIUM ASSOCIATION. INC.

**(Local Form 92 Amended at Paragraph 6)**

THIS CASE came to be heard on January 6, 2015 on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 33; the "Motion"). Based upon the debtor's assertions made in support of the Motion, the Order continuing the hearing on the Motion (DE 40), the Amended Response to the Motion filed by Berkshire House Condominium Association, Inc. (DE 51), having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at

<u>1075 92nd Street, Apt 404, Bay Harbor Island, Florida 33154,</u> and more particularly described as

*CONDOMINIUM UNIT 404, OF BERKSHIRE HOUSE CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM, THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 9140, AT PAGE 1239 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.*

is $135,000.00 at the time of the filing of this case.

B.  The total of all claims secured by liens on the Real Property senior to the lien of BERKSHIRE HOUSE CONDOMINIUM ASSOCIATION, INC. (the "Lender") is $345,813.64.

C.  The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ 0.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.  The Motion is **GRANTED.**

2.  Lender has an allowed secured claim in the amount of $0.00.

3.  (Select only one):

**X**  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

4.  The Real Property may not be sold or refinanced without proper notice and further order of the Court.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6.  This Order shall be of no force or effect as to liability of any subsequent purchaser(s) of the property for unpaid amounts due and owing to Berkshire House Condominium Association, Inc., and shall be of no force or effect as to the Association's rights to pursue collection thereof, in accordance with applicable law.

###

Submitted By:
Samuel S. Sorota, Esq.
801 NE 167$^{m}$ Street,
Suite 308
North Miami Beach, FL 33162
Tel. (305) 652-7777

Attorney   Sorota is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.