

ORDERED in the Southern District of Florida on January 13, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 14-28794-LMI

**FRANK J. KALTENEKKER,**                                       Chapter 13
     **Debtor.**
_____/

### ORDER GRANTING MOTION TO WAIVE WAGE DEDUCTION ORDER

This Cause Came on to be heard on January 6, 2015 upon Debtor's Motion (doc. 43) and the Court having considered the motion, it is:

ORDERED and ADJUDGED

1.    Motion to Waive Wage Deduction Order is **Granted.**

### ###

Submitted:
Samuel S. Sorota, Esq.
Attorney for Debtor
801 NE 167th Street, Suite 308
North Miami Beach, Fl 33162
Tel. (305) 652 7777- Fax (305) 652 6454
Email:  ssorota@bellsouth.net


**Attorney Samuel S. Sorota,  shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.**